Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-703**

**Effective Date of Registration:**
May 02, 2025

**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Space Test Tubes

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 25, 2020
**Nation of 1st Publication:** Austria

## Author

- **Author:** Sara Nemec
  **Author Created:** 2-D artwork
  **Citizen of:** Austria

## Copyright Claimant

**Copyright Claimant:** Sara Nemec
Csokorgasse 4/4, Vienna, 1110, Austria

## Rights and Permissions

**Name:** Sara Nemec
**Email:** sila.art@gmx.at
**Address:** Csokorgasse 4/4
Vienna 1110 Austria

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** SN2025050104



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-702**

**Effective Date of Registration:**
May 02, 2025

**Registration Decision Date:**
July 23, 2025

---

## Title

    **Title of Work:** Plant Cell

## Completion/Publication

    **Year of Completion:** 2020
    **Date of 1st Publication:** October 15, 2020
    **Nation of 1st Publication:** Austria

## Author

    • **Author:** Sara Nemec
    **Author Created:** 2-D artwork
    **Citizen of:** Austria

## Copyright Claimant

    **Copyright Claimant:** Sara Nemec
    Csokorgasse 4/4, Vienna, 1110, Austria

## Rights and Permissions

    **Name:** Sara Nemec
    **Email:** sila.art@gmx.at
    **Address:** Csokorgasse 4/4
    Vienna 1110 Austria

## Certification

    **Name:** David Denholm
    **Date:** May 02, 2025
    **Applicant's Tracking Number:** SN2025050103



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-333**

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title

**Title of Work:** Alien Cell

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 28, 2020
**Nation of 1st Publication:** Austria

## Author

- **Author:** Sara Nemec
  **Author Created:** 2-D artwork
  **Citizen of:** Austria

## Copyright Claimant

**Copyright Claimant:** Sara Nemec
Csokorgasse 4/4, Vienna, 1110, Austria

## Rights and Permissions

**Name:** Sara Nemec
**Email:** sila.art@gmx.at
**Address:** Csokorgasse 4/4
Vienna 1110 Austria

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** SN2025050101

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-456-770**

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

**Title of Work:** Froggy Tea

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 24, 2021
**Nation of 1st Publication:** Austria

## Author

- **Author:** Sara Nemec
  **Author Created:** 2-D artwork
  **Citizen of:** Austria

## Copyright Claimant

**Copyright Claimant:** Sara Nemec
Csokorgasse 4/4, Vienna, 1110, Austria

## Rights and Permissions

**Name:** Sara Nemec
**Email:** sila.art@gmx.at
**Address:** Csokorgasse 4/4
Vienna 1110 Austria

## Certification

**Name:** David Denholm
**Date:** May 02, 2025
**Applicant's Tracking Number:** SN2025050102

Page 1 of 2

